UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

Christopher R. Neary,          :        2014 OCT 31  P 12: 22
  PLAINTIFF                     :
                               :        US DISTRICT COURT
VS.                            :    CASE NO. HARTFORD CT
                               :
Dr. Syed Johar Naqvi,          :        3:14CV1631 VLB
  in his individual and        :
  official capacity,           :
Dr. Johnny WU,                 :
  in his individual and        :
  official capacity, and       :
Erinn Dolan,                   :
  in her individual and        :
  official capacity,           :
  DEFENDANTS                    :

## COMPLAINT

   I, Christopher R. Neary, an incarcerated PRO SE litigant, and
the plaintiff herein, brings forth this civil rights action,
seeking monetary damages, and surgery to remove his moderate
to severe bilateral gynecomastia, under title 42 of the United
States Code, Section 1983, in that he was denied medical care
in violation of the Eighth Amendment to the United States
Constitution. The plaintiff avers that the defendants,
Dr. Naqvi, Dr. Wu, and Erinn Dolan acted with deliberate
indifference when, with actual knowledge of plaintiffs serious
medical need, failed to provide adequate medical treatment,
and reasonably respond to plaintiffs numerous requests and
remedies, causing the plaintiff to sustain further pain and
suffering.

## A. JURISDICTION

1) The plaintiff invokes the Court's jurisdiction pursuant to
title 28 of the United States Code, Section 1331, in that this
is a civil action arising under the Constitution of the United
States.
2) The plaintiff invokes this Court's jurisdiction pursuant
to title 28 of the United States Code, Section 1343(a)(3),
in that this action seeks to redress the deprivation, under
color of State Law, of rights secured by Acts of Congress
providing for equal rights of persons within the jurisdiction
of the United States.
3) I can bring my complaint in federal court because I am suing:
State, county or city employees for violating my federal rights
under title 42 of the United States Code, Section 1983.

## B. PARTIES

PLAINTIFF
1) The plaintiff, Christopher R. Neary, inmate no. 299862, at
all times relevant to the events described herein, was confined

by the Connecticut Department of Corrections (CTDOC), and was
being housed at the MacDougall-Walker Correctional Institute
(MWCI), located in Suffield, Connecticut.

DEFENDANTS
2) The defendant, Syed Johar Naqvi, title: MD, at all times
relevant to the events described herein, was a medical doctor,
employed by UCONN Health Management, the contractor providing
medical care and services to inmates confined at (MWCI),
including the plaintiff.
3) The defendant, Johnny Wu, title: MD, at all times relevant
to the events described herein, was a medical doctor on the
Utilization Review Committee (URC) panel, employed by UCONN
Health Management, the contractor providing medical care and
services to inmates confined at (MWCI), including the plaintiff.
4) The defendant, Erinn Dolan, title: CHNS, at all times
relevant to the events described herein, was a correctional
head nurse supervisor, employed by UCONN Health Management,
the contractor providing medical care and services to inmates
confined at (MWCI), including the plaintiff.
5) The defendants; Naqvi, Wu, and Dolan, at all times relevant
to the events described herein were acting under the color of
State Law, and are being sued in their individual and official
capacities.

C. PREVIOUS LAWSUITS RELATED TO THIS CASE

1) N/A.

D. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) The plaintiff exhausted all available Administrative Remedies
to the best of his abilities, prior to filing this complaint,
as articulated below.

E. SUMMARY OF THE FACTS/STATEMENT OF CASE

1) During the month of August 2013, the plaintiff was going
through pain in his nipples, which caused the plaintiff to self
examine his chest/nipple area, and there were lumps.
2) Plaintiff continued to self examine his chest/nipple area
over the next four months. During this time the lumps and pain
in the plaintiff's nipples grew at a rapid rate.
3) On December 16, 2013 during a routine self examination of
the plaintiff's chest/nipple area, he thought he felt the lumps
growing from his nipples to under his armpits.
4) With the severe growth and pain in his nipples, and what
the plaintiff thought were lumps under his armpits, the
plaintiff was very concerned for his health, and on December
16, 2013 he wrote a request to be seen by medical.
5) On January 19, 2014 the plaintiff was examined by the
defendant, Dr. Naqvi. Dr. Naqvi stated to the plaintiff that
he would put in a request to the Utilization Review Committee
(URC), for the plaintiff to go to UCONN Hospital, located in
Farmington, Connecticut, for a mammogram procedure.
6) On March 10, 2014 the plaintiff was transferred from (MWCI),
the correction institution where he is being housed, to UCONN
Hospital, where he received a mammogram exam.
7) Final report of mammogram examination states the findings;

In the immediate retoareolar region, there is glandular tissue that radiates away from the nipple in a flame shaped distribution bilaterally. Findings are consistent with typically benign moderate to severe bilateral gynecomastia, which correlates as palpable/painful on the left.

8) After plaintiff had the mammogram examination, the MD spoke to him, explaining the diagnosis, he told the plaintiff the treatment for gynecomastia is surgery, then told the plaintiff to get lab work of his blood to try and find out what caused the gynecomastia.

9) Plaintiff returned to (MWCI) and asked for lab work of his blood. After blood was taken, the plaintiff gave reasonable time before writing a request on April 7,2014, asking the defendant, Dr. Naqvi to discuss the results of the lab work with him and figure out what needs to be done next.

10) After writing another request, the plaintiff was finally seen by the defendant, Dr. Naqvi on June 8, 2014. The plaintiff asked Dr. Naqvi if the lab work explained why the gynecomastia formed, and if the lab work explained why the gynecomastia continues to grow. The defendant, Dr. Naqvi said the lab work did not give an answer to those questions. At that time the defendant, Dr. Naqvi made a request for the plaintiff to go to UCONN Hospital to meet with the surgeon, and prescibed the plaintiff pain medication.

11) On June 15, 2014 the plaintiff wrote a request asking if he was scheduled for an appointment yet to go to UCONN Hospital. The plaintiff was returned the request which stated, the request for plaintiff to meet with the surgeon was denied.

12) The plaintiff filed a Medical Administrative Remedy Form on June 19, 2014, HSR no:2619, which states the plaintiff's diagnosis, the situation up to the plaintiff being denied to meet with the surgeon, by the defendant, Dr. Wu, and the plaintiff's requested resolution for the defendant, Dr. Wu to approve the plaintiff to go to UCONN Hospital to meet with the surgeon.

13) The plaintiff wrote a request to medical to let them know the defendant, Dr. Naqvi has not called him up to medical yet to discuss the denial. The defendant, Erinn Dolan returned the request on July 14, 2014, and wrote, an appointment will be made with provider to discuss plan.

14) On July 20, 2014, the plaintiff met with defendant, Dr. Naqvi and asked Dr. Naqvi to re-submit his request to the defendant, Dr. Wu on the (URC) panel. Plaintiff also told the defendant, Dr. Naqvi that the pain medication was not working, Dr. Naqvi said he would prescribe a stronger pain medication.

15) At this time, plaintiff began to write, what would become numerous requests to the defendant, Erinn Dolan. On July 22, 2014, plaintiff asked Erinn Dolan why he has not received a decision on the Medical Administrative Remedy Form he filed more than 30 days before. On July 28, 2014 plaintiff wrote to the defendant, Erinn Dolan asking what happened with the denial and re-submitted request from the defendant, Dr. Naqvi.

16) On July 28, 2014 plaintiff also wrote to the defendant, Dr. Naqvi asking for the new pain medication.

17) Plaintiff had to file a Medical Administrative Remedy Form on August 5, 2014, just to receive a decision on the first Medical Administrative Remedy Form, HSR:2619, he filed. On August 11, 2014 the plaintiff received a decision on the Medical Administrative Remedy Form, HSR:2619, it was denied. But, the

form was incomplete because it did not tell the plaintiff if he exhausted DOC's Administrative Remedies.

18) On August 10, 2014 the defendant, Dr. Naqvi called the plaintiff to medical to sign the denial. The plaintiff refused to sign it.

19) Plaintiff wrote to the defendant, Erinn Dolan explainning the decision was incomplete and asked if he has exhausted DOC's Administrative Remedies. On August 14, 2014 Erinn Dolan returned the request, but did not answer the question.

20) The plaintiff filed a Level 2 Grievance Appeal Form on August 15, 2014, asking the denial decision from the Medical Administrative Remedy Form, HSR:2619, to be reversed, and asking to be approved to go to UCONN Hospital to meet with the surgeon.

21) On August 22, 2014 the plaintiff wrote to the defendant, Erinn Dolan asking about the Level 2 Grievance Appeal, and if there has been a decision made on it.

22) The plaintiff was called to medical on August 23, 2014. Nurse Tawanna told the plaintiff the Level 2 Grievance Appeal Form he filed was the wrong form, and gave the plaintiff an Appeal of Health Services Review form. The plaintiff did not know an Appeal of Health Services Review form even existed, do to Erinn Dolan's uncompliance throughout the Remedy process. Furthermore, nurse Tawanna told the plaintiff he cold not appeal a denial of a diagnosis/treatment decision. Plaintiff asked if that meant he has exhausted all available remedies. No definitive answer was given, then she said she would find out. Plaintiff never received an answer.

23) On September 8, 2014 the plaintiff filed the Appeal of Health Services Review form. Stating, he is appealing the Medical Administrative Remedy Form, HSR no.2619, because he needs surgery. And to remedy the denial, he would like to be approved for surgery.

24) The plaintiff wrote multiple request's to the defendant, Erinn Dolan asking for a decision on the Appeal of Health Services Review, filed on September 8, 2014, be returned to him. On October 7, 2014 Erinn Dolan returned the request's. She claims she does not see an appeal submitted, that she does not have an appeal on that one showing.

25) The plaintiff wrote 2 request's to the defendant, Dr. Wu on August 26, 2014 and September 19, 2014, asking what Dr. Wu's plan is for adequate treatment for the plaintiff's diagnosis. Dr. Wu never responded to the plaintiff's request's.

26) The plaintiff wrote the defendant, Dr. Naqvi on August 22, 2014 stating the pain is getting worse, and the plaintiff is still seeking adequate treatment for his moderate to severe bilateral gynecomastia. The plaintiff was not seen by Dr. Naqvi. The plaintiff also wrote 2 request's to the defendant, Dr. Naqvi after the plaintiff's pain medication prescription ended on September 20, 2014. The plaintiff had to deal with the pain without pain medication. October 7, 2014 the plaintiff was seen by a nurse at sick call. Plaintiff was put on the list to see Dr. Naqvi. As of now, plaintiff still has not been seen.

## F. CLAIMS FOR RELIEF

1) The defendants, Naqvi, Wu, and Dolan's actions constitute deliberate indifference in violation of the plaintiff's 8th Amendment Rights under the United States Constitution.

2) The defendant, Dr. Naqvi had failed to reasonably respond

to the plaintiff's request's prolonging pain and suffering, and failed to provide pain medication relief, until June 8, 2014, a prescription that only lasted until September 20, 2014, and failed to provide adequate medical treatment.

3) The defendant, Dr. Wu had actual knowledge of the plaintiff's need for surgery to remove the plaintiff's painful, moderate to severe bilateral gynecomastia, surgery that Dr. Wu denied, prolonging the plaintiff's pain and suffering, and failing to provide adequate medical treatment.

4) The defendant, Erinn Dolan had ignored, or failed to completely, or truthfully respond to the plaintiff's request's, and deliberately prolonged the Administrative Remedy process, causing to prolong the plaintiff's pain and suffering.

5) Nearly 8 month's time has lapsed from when the plaintiff was diagnosed, until filing this, and 10 and a half month's time has lapsed from when the plaintiff first wrote to medical complaining about the lumps, during which time the plaintiff has seeked surgery.

6) The plaintiff made numerous attempts to communicate the amount of pain he is in, and to try and obtain adequate treatment.

7) After following all the proper procedures, and pursuing the necessary remedies to obtain treatment, the plaintiff still continued to be denied adequate medical treatment, causing the plaintiff to sustain further pain and suffering.

8) For all the reasons articulated in the numerous paragraphs throughout this complaint, the defendants failed to provide adequate medical treatment, violating the plaintiff's prison conditions, and violating the plaintiff's rights under the United States Constitution's 8th Amendment.

G. REQUEST FOR RELIEF

Wherefore, plaintiff request that the Court hereby grant the following relief:

1) Declaratory relief, in that the defendants, Dr. Naqvi, Dr. Wu, and Erinn Dolan violated the plaintiff's prison conditions and Eight Amendment Right to medical care;

2) Injunctive relief, ordering the defendants, Dr. Naqvi, Dr. Wu, and Erinn Dolan to approve surgery to the plaintiff to remove his moderate to severe bilateral gynecomastia, and any other adequate medical treatment;

3) Award compensatory damages to the plaintiff, in the amount of fifty thousand dollars ($50,000) jointly and severely against defendants, Dr. Naqvi, Dr. Wu, and Eriin Dolan for pain and suffering resulting from their failure to provide adequate medical care to the plaintiff;

4) Award punitive damages to the plaintiff, in the amount of fifty thousand dollars ($50,000) jointly and severely against defendants, Dr. Naqvi, Dr. Wu, and Erinn Dolan;

5) Order defendants Dr. Naqvi, Dr. Wu, and Erinn Dolan to pay all fees and costs of the suit; and

6) Any other such relief this Court deems the plaintiff is entitled to.

H. DO YOU WISH TO HAVE A JURY TRIAL?

1) Yes.

I. <u>DECLARATION UNDER PENALTY OF PERJURY</u>

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.


Signature: _Christopher R. Neary_

Signed at _MacDougall-Walker C.I._     On _October 27, 2014_


H. <u>SUMMARY OF THE EXHIBITS</u>

Exhibit "A-P" are a small portion of documents the plaintiff has, proving his case.

1) Exhibit "A", "B", and "C" shows the plaintiff's diagnosis, and the date he was diagnosed at UCONN Hospital.
2) Exhibit "D" is the second request the plaintiff wrote to the defendant Dr. Naqvi asking to be seen about the lab work.
3) Exhibit "E" shows when the plaintiff learned he was denied to meet with the surgeon at UCONN Hospital.
4) Exhibit "F" shows when the defendant, Erinn Dolan became involved in the case.
5) Exhibit "G" shows the defendant, Erinn Dolan failed to completely answer the plaintiff's request.
6) Exhibit "H" is the Administrative Remedy the plaintiff had to file, just to get a decision on the first Medical Administrative Remedy Form, HSR no. 2619.
7) Exhibit "I" is the denial from the (URC) panel.
8) Exhibit "J" shows the defendant, Erinn Dolan failed to answer the plaintiff's request, prolonging the remedy process.
9) Exhibit "K" is one of the request the plaintiff sent to Dr. Wu, seeking adequate treatment. This request was never answered.
10) Exhibit "L" shows the defendant, Erinn Dolan completely ignored this request, prolonging the remedy process.
11) Exhibit "M" is the Appeal of Health Services Review the plaintiff filed on September 8, 2014.
12) Exhibit "N" is the second request the plaintiff wrote to the defendant, Dr. Naqvi asking for pain relief medication because his prescription ended. The plaintiff was seen at sick call, but still has not been seen by Dr. Naqvi.
13) Exhibit "O", and "P" are request's the plaintiff wrote asking for a decision on the Appeal of Health Services Review he filed on September 8, 2014. The defendant, Erinn Dolan's responce claims she doesn't see an appeal submitted, and she doesn't have an appeal on that one showing, a tactic to deliberately prolong the plaintiff's remedy process.

Exhibit "A"



**University of Connecticut Health Center**
263 Farmington Avenue
Farmington, CT 06030-2803
(860) 679-2784

# 299862

| | |
|---|---|
| **NAME:** NEARY, CHRISTOPHER | **MED REC NO:** 000T01611994 |
| Name Upon Exam Completion: NEARY, CHRISTOPHER | |
| **SEX:** M       **AGE:** 28Y | **DATE OF BIRTH:** 10/14/1985 |
| **LOCATION:** 137 | **DATE OF SVC:** 03/10/2014 |
| **PT TYPE:** OULT | **ACCESSION NO:** 1454558 |
| **REFERRED BY:** JOHNNY WU MD | EXT ACCESSION NO: |
| **ATTENDING:** JOHNNY WU MD | |

## MAMMOGRAPHY REPORT

### ***Final Report***

MAM 9500 - MAMMOGRAPHY - UCHC  (A#:1454558,03/10/2014)
INDICATIONS:  GYNECOMASTIA BILAT W MOBILE 2CM LYMP NODE IN R AXILLA
COMMENTS:

RESULT:
BILATERAL DIGITAL 2D DIAGNOSTIC MAMMOGRAPHY

HISTORY: 28-year-old man. History of gynecomastia. Patient reports a left-sided retroareolar palpable abnormality which extends laterally toward the axillary tail. Bilateral axillary mobile lymph nodes.

COMPARISON: No prior examinations are available at UCHC.

Technique: Bilateral full field digital mammography (2D) was performed using standard CC and MLO projections. Bilateral exaggerated cc views obtained.

FINDINGS:
There are scattered fibroglandular densities (approximately 25-50% glandular).

In the immediate retroareolar region, there is glandular tissue that radiates away from the nipple in a flame shaped distribution bilaterally. Findings are consistent with typically benign moderate to severe bilateral gynecomastia, which correlates as palpable/painful on the left.

No suspicious masses, grouping of microcalcifications, or areas of architectural distortion are identified.

A left breast 3:00 typically benign posterior depth lymph node is noted.

No lymphadenopathy.

IMPRESSION:

Typically benign moderate to severe bilateral gynecomastia, as above

Scattered glandular tissue

BIRADS category 2 - Benign findings

---

Exhibit "B"



**University of Connecticut Health Center**
**263 Farmington Avenue**
**Farmington, CT  06030-2803**
**(860) 679-2784**

# 299862

| | |
|---|---|
| **NAME:**  NEARY, CHRISTOPHER | **MED REC NO:**     000T01611994 |
| Name Upon Exam Completion:  NEARY, CHRISTOPHER | |
| **SEX:** M           **AGE:** 28Y | **DATE OF BIRTH:**  10/14/1985 |
| **LOCATION:**     137 | **DATE OF SVC:**     03/10/2014 |
| **PT TYPE:**       OULT | **ACCESSION NO:**   1454558 |
| **REFERRED BY:**  JOHNNY WU MD | **EXT ACCESSION NO:** |
| **ATTENDING:**    JOHNNY WU MD | |

RECOMMENDATION: Clinical evaluation is recommended for the cause of gynecomastia. These findings and recommendations were discussed with the patient.


Electronic approval on the final report indicates that Alex Merkulov, MD has personally reviewed the examination and agrees with the above report.


TECHNOLOGIST: CAG




**Interpreting Physician:**        AMISH P PATEL MD RESIDENT on 03/10/2014 14:31
**Reviewed By:**
**Transcribed by / Date:**  on 03/10/2014 14:31
**Electronically Signed by / Date:** ALEX MERKULOV MD on 03/13/2014 09:06
**Distribution:**

Exhibit "C"



# UConn
# Health Center

**Patient** Neary, Christopher      **Birth Date** 10/14/1985    **Sex M**      **Rm/Bed**
**Attending**      **Pt #**      **MR #** T01611994      **Adm Date** 03/10/2014

| MammographyP | Mar 10, 2014 14:17 |
|---|---|

```
MAMMOGRAPHY REPORT
***Preliminary Report***
MAM 9500 - MAMMOGRAPHY - UCHC  (A#:1454558,03/10/2014)
INDICATIONS:  GYNECOMASTIA BILAT W MOBILE 2CM LYMP NODE IN R AXILLA
COMMENTS:
RESULT:
BILATERAL DIGITAL 2D DIAGNOSTIC MAMMOGRAPHY
HISTORY: Gynecomastia.  Bilateral axillary mobile lymph nodes.
COMPARISON: No prior examinations are available at UCHC.
Technique: Bilateral full field digital mammography (2D) was performed
using standard CC and MLO projections.
CAD R2 9.3 was used to evaluate this mammogram.
FINDINGS:
The breast parenchyma is predominantly fatty (<25% glandular).
In the immediate retroareolar region, there is glandular tissue that
radiates away from the nipple in a flame shaped distribution bilaterally,
right greater than left. Findings are consistent with typically benign
gynecomastia. No suspicious masses, grouping of microcalcifications, or
areas of architectural distortion are identified.  A left breast 3:00
typically benign lymph node is noted.
No lymphadenopathy.
IMPRESSION:
Typically benign moderate to large gynecomastia, right greater than left.
BIRADS category 2 - Benign findings
Reports in preliminary status may not have been reviewed by the attending
radiologist. Electronic signature on the final report indicates that Dr.
Merkulov  has reviewed this examination.
TECHNOLOGIST: CAG
Interpreting Physician: AMISH P PATEL MD RESIDENT on 03/10/2014 14:31
Reviewed By: ALEX MERKULOV MD
Transcribed by / Date: PSC on 03/10/2014 14:37
Electronically Signed by / Date:   on
Distribution:
```

| Page created: Thursday, March 13, 2014 9:07 AM For: HOGOOD |
|---|

Exhibit "D"

(Copy One)



## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Christopher Neary    Inmate number: 299862

Facility/Unit: MacDougall C.I.    Housing unit: Q-38-cell    Date: 5/22/14

Submitted to: Dr. Naqvi/Medical

Request:

I wrote you a request on 4/7/14 asking for you to call me up to medical so we can discuss the results of the lab work I had, and to figure out what needs to be done next in regards to the lumps that are growing in my nipples. Not only do I not know the results of the lab work, when I got the request back, it was dated 4/11 and stated I had an appointment scheduled. It's been over 6 weeks, I would like to be seen.

Thank You

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):    Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:    Date:

Exhibit "E"

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: | Christopher Neary | Inmate number: | 299862 |

| Facility/Unit: | MacDougall C.I. | Housing unit: | Q-38-cell | Date: | 6/15/14 |

Submitted to: Medical/Holly

**Request:**

I seen the doctor a week ago, he said I need to go back to UCONN. I just want to know if I've been scheduled for an appointment yet.

Thank You

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

| Acted on by (print name): | Hollie | Title: | URI CM |

**Action taken and/or response:**

We put in a request for you to meet with the surgeon but it was denied. If you do not meet with tom him in two weeks to sign the paperwork for the denial please let me know. He can submit an appeal on your behalf if you want him to.

*continue on back if necessary*

| Staff signature: | Hollie | Date: | 6/18/14 |

Exhibit "F"



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Christopher Neary | Inmate number: 299862 |
|---|---|

| Facility/Unit: MacDougall C.I. | Housing unit: Q-38-cell | Date: 6/30/14 |
|---|---|---|

Submitted to: Hollie/Medical

**Request:**

You said I was denied to meet with a surgeon and that Dr. Naqvi would call me up to medical. I haven't been called up there yet.

Thank You

continue on back if necessary

**Previous action taken:**

continue on back if necessary

| Acted on by (print name): Dolan | Title: CHNS |
|---|---|

**Action taken and/or response:**

AN APPT WILL BE MADE WITH PROVIDER TO DISCUSS plan

continue on back if necessary

| Staff signature: | Date: 7/14/14 |
|---|---|

Exhibit "G"



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Christopher Neary | Inmate number: 299862 |

| Facility/Unit: MacDougall C.I. | Housing unit: ~~N-35~~ N-30 - cell | Date: 7/22/14 |

Submitted to: Erin Dolan/Medical

**Request:**

I filed an Administrative Remedy Form on 6/19/14, and put it in the Medical Administrative Remedy Box in Q unit. I never received a receipt for my Administrative Remedy Form, and now it's been more than 30 days since I filed it, and I have not received the decision. I would like to know why I never received a receipt for it, I would like to know why I haven't received a decision on it, and I would like to know who has my Medical Administrative Remedy Form. Thank You

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

| Acted on by (print name): Dolan | Title: CHNS |

**Action taken and/or response:** THANK You for Your inquiry

Upon my review, First, we don't issue receipts for remedies. Second, You were scheduled for an appt 7-20-14 (re UR denial & plan) I am not According to his list you were seen regarding this matter. However I do not see it marked as a "remedy". You were scheduled to meet with Provider 6/23 to go over denial. I am not sure what happened / Why not seen.

*continue on back if necessary* BUT I will speak with you

| Staff signature: Dol ___ and advise MD | Date: 7.24.14 |

Exhibit H

**CONFIDENTIAL**
(FOR OFFICIAL USE ONLY)

AUG 0

SECTION

| Inmate name: | Christopher Neary |
|---|---|
| Inmate number: | 299862 |
| Housing: | N-3A-cell |

STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

I filed a Medical Administrative Remdy Form on 6/19/14. I never received a dicision. I wrote a request to Erinn Dolan on 7/22/14, inquiring about the Medical Administrative Remedy form. She called me to her office, and she spoke to me about the denial, (what the Medical Administrative Remedy form was about). She told me to write her back, I did but never received the request back.

The action I think that should be taken to resolve the problem is for me to receive a dicision on the Medical Administrative Remedy Form I filed.

| Inmate signature: | Christopher Neary | Date: | 8/5/14 |
|---|---|---|---|

**For all remedies except health services, deposit this form in the Administrative Remedies box.**
**For a health services issue, deposit this form in the Health Services box.**

SECTION 5 — DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 8/8/14 | IGP #: 2952 | T#: |
|---|---|---|

| Disposition: Returned Without Disposition | Date of Disposition: 8/11/14 |
|---|---|

Reason:

HSR # 2619 (filed 6/19/14) has been answered & returned via mail.

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|

| Signature: Tawalla Fishell CW | Date: 8/11/14 |
|---|---|

Exhibit "I"



# University of Connecticut
# Health Center
## CORRECTIONAL MANAGED HEALTH CARE

**UR Request Response**

Generated on 7/24/2014 8:51:26 AM

**The Utilization Review Committee (URC) reviewed the following case:**

---

**Date of Review:** 6/12/2014 4:34:47 PM

**Name:** NEARY,CHRISTOPHER R          **DOB:** 10/14/1985          **TOO#:** T01611994

**Inmate Number:** 00299862

**Request Date:** 6/8/2014 1:49:09 PM          **UR Request#:** 126965

**Current Facility:** MCDGL/WLKR CI

**Initial Diagnosis:** Gynecomastia          **Updated Diagnosis:** Gynecomastia

**Current Diagnosis:** Gynecomastia

**Requested Procedure:** Consult - Initial Visit          **Updated Procedure:** Consult - Initial Visit

**Approved Procedure:**

**Requested Specialty:** General Surgery          **Updated Specialty:** General Surgery

**Approved Specialty:**

**Summary For Consultant:**

28 yo with moderate to severe bilateral benign gynecomastia which has been painful. patient wishes to have them surgically removed.;

**Utilization Review Determination and Recommendations:**

Review by Panel/MD.

Panel recommends conservative nonsurgical management at this time.

**Review Disposition:** Not Approved

---

**URC Decision to be Reviewed by Facility MD and Discussed with Inmate Before Filling.**

Clinician Signature: _S. Jshan Nagvn_          Date/Time: _8/10/14_

Inmate Signature: _Refuse to Sign_          Date/Time: _8/10/14_

Exhibit "J"

(Copy Two)



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Christopher Neary | Inmate number: 299862 |

| Facility/Unit: MacDougall C.I. | Housing unit: N-39-cell | Date: 8/12/14 |

Submitted to: Erinn Dolan/Medical

Request:

Yesterday I received a decision on my Medical Administrative Remedy Form, Filed on 6/19/14, but the decision was incomplete.

Can you please tell me if I have exhausted my Medical Administrative Remedies.

Thank You

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

| Acted on by (print name): Dolan | Title: CHNS |

Action taken and/or response: Your remedy dated/received 7/4/14

re: Appeal of UR decision.

An Appeal was Put in by Dr Naqvi on or about 7/28/14

A remedy dated/received 8/8/14 was (returned without disposition (Requesting previous remedy be answered)

I am trying to assist you with the APPEAL process for the UR Denial

*continue on back if necessary*

| Staff signature: [signature] | Date: 8/14/14 |

Exhibit "K"   (Copy One)



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Christopher Neary

Inmate number: 299862

Facility/Unit: MacDougall C.I.

Housing unit: N-39-cell

Date: 8/16/14

Submitted to: Dr. Johnny Wu

**Request:**

Dr. Syed Johar Naqvi put in a request for me to go to UCONN to meet with the surgeon, then (re)submitted that request, which you denied. My Prison Conditions are being violated. How are you going to treat my diagnosis of severe bilateral gynecomastia?

Thank You

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

Acted on by (print name):

Title:

**Action taken and/or response:**

*continue on back if necessary*

Staff signature:

Date:

Exhibit "L"

(Copy One)



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Christopher Neary | Inmate number: 299862 | |
|---|---|---|
| Facility/Unit: MacDougall C.I. | Housing unit: N-39-cell | Date: 8/22/14 |

Submitted to: Erinn Dolan

**Request:**

I filed a Level 2 Grievance Appeal Form on 8/15/14. Can you please tell me who received it, who currently has it, and has there been a decision made on it yet.

Thank You

**continue on back if necessary**

**Previous action taken:**

**continue on back if necessary**

| Acted on by (print name): | Title: |
|---|---|

**Action taken and/or response:**

**continue on back if necessary**

| Staff signature: | Date: |
|---|---|

Exhibit 

# Appeal of Health Services Review
## Connecticut Department of Correction

CN 8901
REV
4/1/2012

| Inmate name: Christopher Neary | Inmate number: 299882 |

| Facility/Unit: MacDougall C.I. | Housing unit: Q-9-cell | Date: 9/8/14 |

This form may only be used to appeal a Health Services decision pursuant to the provisions of Administrative Directive 8.9, Health Services Review, Section 11, pertaining to a practice, procedure or policy; or, to an allegation of staff misconduct. You must appeal within 10 days of receiving the decision. Attach Form CN 9602, Inmate Administrative Remedy Form, containing the Health Services decision (and any other documents that may be relevant) to this form, and state below why you are appealing that decision. Deposit the completed appeal and attachments in the 'Health Services' box.

### APPEAL OF HEALTH SERVICES DECISION

I am appealing the decision because (use the back if necessary): I filed a level 2 grievance appeal form on 8/15/14. Tawanna told me it was the wrong form and gave me this form, then told me she would tell me if I could appeal the denial. I never got an answer. That, and being in RHU I couldn't file this until now. I am appealing the medical remedy denial, HSR# 2619, because I need surgery. To remedy my denial, I would like to be approved for surgery.

| Inmate signature: Christopher Neary | Date: 9/8/14 |

### FOR OFFICIAL USE ONLY – DESIGNATED FACILITY HEALTH SERVICES SUPERVISOR

| Date received: | Disposition: | Date of disposition: |

Reasons:

| Designated Facility Health Services Supervisors signature: | Date: |

☐ This may be appealed within 10 days to the DOC Director of Health Services

☐ You have exhausted the Department's Administrative Remedies. Further appeals will not be answered.

### APPEAL OF DESIGNATED FACILITY HEALTH SERVICES SUPERVISOR'S DECISION

I am appealing the decision because (use the back if necessary):

| Inmate signature: | Date: |

### *** Deposit your appeal in the Health Services Box ***

### FOR OFFICIAL USE ONLY – DOC DIRECTOR OF HEALTH Services

| Date received: | Disposition: | Date of disposition: |

Reasons:

| Director of Health and Addiction Services: | Date: |

C-37

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Christopher Neary | Inmate number: 299862 |
|---|---|

| Facility/Unit: MacDougall C.I. | Housing unit: Q-9-cell | Date: 9/30/14 |
|---|---|---|

Submitted to: Dr. Naqvi

**Request:**

I wrote asking for pain medication because the prescription I had ended on 9/30/14. I got back the request and it said, forwarded to MD. The gynecomastia I am diagnosed with continues to grow and is very painful. I'm asking for Medical treatment. Please call me up to medical.

Thank You

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

| Acted on by (print name): | Title: |
|---|---|

**Action taken and/or response:**

seen at 10/7

*continue on back if necessary*

| Staff signature: | Date: |
|---|---|

Exhibit "O"      (Copy Two)



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: | Christopher Neary | Inmate number: | 299862 |
|---|---|---|---|
| Facility/Unit: | MacDougall C.I. | Housing unit: Q—9—cell | Date: 9/24/14 |

Submitted to: Erinn Dolan

Request:

I filed an Appeal of Health Services Review on 9/8/14, appealing the denial decision I received on a Medical Administrative Remedy Form, HSR#2619, I filed. I have not received a decision on it. Can you please send me the decision, and can you check one of the boxes on the form, Letting me Know if I can appeal again, or if I've exhausted my remedies.

Thank You

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

| Acted on by (print name): Dolan | Title: CHNS |
|---|---|

Action taken and/or response:   re: APPEAL  HSR 2619, I do not see an appeal submitted.

**continue on back if necessary**

| Staff signature: | Date: 10/6/14 |
|---|---|

Exhibit "P"

(Copy Two)



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Christopher Neary | Inmate number: 299862 |

| Facility/Unit: MacDougall C.I. | Housing unit: Q-9-cell | Date: 9/30/14 |

| Submitted to: Medical |

**Request:**

I feel like my request's are being ignored. I always make copies of the request's I send to medical, and most of the time they don't get answered. I filed an Appeal of Health Services Review on 9/8/14, appealing the denial decision I received on a Medical Administrative Remedy Form, HSR #2619. I have not received a decision on it. Can you please send me the decision.

Thank You

*continue on back if necessary*

**Previous action taken:**

R E [stamp] OCT 01 2014

BY:

*continue on back if necessary*

| Acted on by (print name): Dolan | Title: CHNS |

**Action taken and/or response:**

I respond to requests submitted to me. I do not have an appeal on that one showing.

*continue on back if necessary*

| Staff signature: | Date: 10/6/14 |