UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHRISTOPHER R. NEARY** | : | **CIVIL NO. 3:14CV01631 (VLB)** |
| v. | : | |
| **SYED JOHAR NAQVI, et al.** | : | **JULY 12, 2017** |

## EMERGENCY MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendants, Murphy, Chapdelaine, Maldonado, Santiago, Tarascio and Ford, respectfully move for a protective order staying, in part, further discovery in this case until after a decision is rendered on defendants' motion to dismiss. If defendants' motion is denied in whole or in part, they seek an enlargement of time to respond to the discovery requests within thirty days after a ruling on the defendants' motion to dismiss. This motion does not include the Correctional Managed Health Care defendants.

Plaintiff's counsels were contacted to determine their position on this pleading. Despite the absence of a single factual allegation against the DOC defendants, with over 2,500 pages of documents provided by the Department of Correction and Correctional Managed Health Care in response to subpoenas, coupled with discovery requests of these six defendants that are identical to information sought and obtained by subpoena, they are opposed to this request.

In further support of this motion, defendants submit the attached memorandum of law to which the court is respectfully referred.

> DEFENDANTS
> Dr. Wu, Dr. Naqvi,
> Murphy, Chapdelaine, Maldonado,
> Santiago, Tarascio and Ford
>
> GEORGE JEPSEN
> ATTORNEY GENERAL
>
> BY: */s/ Zenobia Graham-Days*
> Zenobia G. Graham-Days
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Tel:  (860) 808-5450
> Fax: (860) 808-5591
> E-Mail:  zenobia.graham-days@ct.gov
> Federal Bar #ct28802

### CERTIFICATION

I hereby certify that on July 12, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system.  Parties may access this filing through the Court's system.

> */s/ Zenobia Graham-Days*
> Zenobia G. Graham-Days
> Assistant Attorney General