## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

CHRISTOPHER R. NEARY        :       CIVIL NO. 3:14CV01631 (VLB)

     **v.**                          :

SYED JOHAR NAQVI, et al.        :       SEPTEMBER 15, 2017

### <u>NOTICE OF INTERLOCUTORY APPEAL</u>

Now come Correctional Managed Health Care defendants, former Medical Director Dr. Johnny Wu, Interim Medical Director Dr. Monica Farinella, Dr. Cary Freston, Dr. Ricardo Ruiz and Dr. Johnny Wright, pursuant to F.R.A.P. 4(a)(1), and hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the trial court's Order on Motion to Dismiss (Dkt. No. 164). The Court's ruling in this action was entered on September 6, 2017. (Dkt. No. 164).

The defendants appeal the Court's denial of the defense of qualified immunity and, accordingly, the Court's ruling is a "final order" pursuant to 28 U.S.C. § 1291.  *See Mitchell v. Forsyth,* 472 U.S. 511, 526 (1985).

Respectfully submitted by,

DEFENDANTS
Dr. Wu, Dr. Farinella,
Dr. Freston, Dr. Ruiz
and Dr. Wright


GEORGE JEPSEN
ATTORNEY GENERAL

BY: _/s/ Zenobia Graham-Days_
Zenobia G. Graham-Days
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax: (860) 808-5591
E-Mail:  zenobia.graham-days@ct.gov
Federal Bar #ct28802


## CERTIFICATION

I hereby certify that on September 15, 2017, a copy of the foregoing Notice of Interlocutory Appeal was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system.  Parties may access this filing through the Court's system.


_/s/ Zenobia Graham-Days_
Zenobia G. Graham-Days
Assistant Attorney General