UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER R. NEARY,<br><br>Plaintiff<br><br>v.<br><br>SYED JOHAR NAQVI, M.D., in his individual capacity; JOHNNY WU, M.D., in his individual capacity; JOHNNY WRIGHT, M.D., in his individual capacity; MONICA FARINELLA, M.D., in her individual capacity; CARY FRESTON, M.D., in his individual capacity; and RICARDO RUIZ, M.D., in his individual capacity,<br><br>Defendants. | CASE No. 3:14-cv-01631 (KAD)<br><br><br><br><br><br><br><br><br><br><br><br>JULY 10, 2019 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the parties hereby stipulate that this matter may be dismissed with prejudice and without an award of costs to either party.

Respectfully submitted by,

By: _/s/_
Zenobia Gertrude Graham-Days (ct288002)
Terrence M. O'Neill (ct10835)
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
Phone: 860-808-5450
Fax: 860-808-5591
Email: zenobia.graham-days@ct.gov

*Attorney for Defendants Syed Naqvi, M.D., Johnny Wu, M.D., Johnny Wright, M.D., Monica Farinella, M.D., Cary Freston, M.D., and Ricardo Ruiz, M.D*

By: _/s/ Andraya P. Brunau_
Thomas D. Goldberg (ct04386)
Matthew J. Shiroma (ct27946)
Andraya Pulaski Brunau (ct29715)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: tgoldberg@daypitney.com
Email: mshiroma@daypitney.com
Email: abrunau@daypitney.com

*Attorneys for Plaintiff Christopher R. Neary*

## CERTIFICATION OF SERVICE

I hereby certify that on July 10, 2019 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Andraya Pulaski Brunau (ct29715)